**3**

**NEW YORK HERALD COMPANY, Plaintiff in Error, v. William D. KRAFT, Defendant in Error.**

(Circuit Court of Appeals, Second Circuit. March 1, 1926.)

No. 238.

In Error to the District Court of the United States for the Southern District of New York.

Watson, Godley, Sheppard & Willguss, of New York City (Archibald R. Watson, Ralph O. Willguss, and John Lehman, all of New York City, of counsel), for plaintiff in error.

Blackman, Pratt & Koehler, of New York City (Thomas H. Rothwell, of New York City, of counsel), for defendant in error.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Judgment (6 F.[2d] 644) affirmed.